AO 247 (Rev: 10/11) (local modification) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

*FILED OCT 3 1 2011 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 01-CR-6017L |
| ALFRED JOHNSON | ) USM |
| | ) No: 10723-055 |
| | ) |
| Date of Previous Judgment or | ) |
| Last Sentencing Reduction   March 29, 2005 | ) MaryBeth Covert, AFPD |
| *(Use Date of Last Order of the Court)* | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or sentencing reduction issued)* of   180   months **is reduced to**   TIME SERVED   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 240 to 240 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other *(explain)*:   Original sentence was below Guidelines because of Government 5K1.1 motion. A comparable reduction is warranted under Guidelines effective 11/1/11. See Guidelines § 1B1.10(b)(2)(B).

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   3/29/05   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   October 31, 2011

Effective Date:   November 1, 2011
*(if different from order date)*

David G. Larimer - United States District Judge
*Printed name and title*